FILED

09/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0288

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0288

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CLIFFTON WELLS,

      Defendant and Appellant.

_____

## ORDER

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 23, 2020, within which to prepare, serve, and file the State's response.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 18 2020